UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY PRIEST,

    Plaintiff,

v.

FEINBERG SCHOOL OF MEDICINE, et al.,

    Defendants.
_____/

Case No. 1:17-cv-780

HON. JANET T. NEFF

## ORDER OF PARTIAL DISMISSAL

This Court having sent to counsel for Plaintiff an order requiring Plaintiff to, within seven (7) days of the order, file a proof of service or notice as to Defendant Northwestern University, and warning Plaintiff of the potential dismissal of Defendant Northwestern University if she failed to comply (ECF No. 14), and having heard no response:

**IT IS HEREBY ORDERED** that this matter as to Defendant Northwestern University is hereby **DISMISSED** without prejudice.

Dated: February 14, 2018

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge